UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALMA SALGADO,

Plaintiff,

v.

DOLLAR TREE STORES, INC.,

Defendant.

No. 2:26-cv-02404-DAD-JDP

ORDER REMANDING ACTION TO THE SACRAMENTO COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES

(Doc. No. 9)

On September 18, 2026, the parties stipulated to the remand of this action to the Sacramento County Superior Court, where this action was originally filed. (Doc. No. 9.) Accordingly, pursuant to the parties' stipulation and good cause appearing, this action is REMANDED to the San Joaquin County Superior Court.

All future dates and deadlines set in this action, if any, are hereby VACATED. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **September 25, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE